UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VINCENZO CASIAN TUDORANI,<br><br>    Plaintiff<br><br>v.<br><br>AMERICAN AIRLINES, INC., et al.,<br><br>    Defendants | Case No.: 2:25-cv-2289-APG-DJA<br><br>**Order Denying Motions to Dismiss as Moot**<br><br>[ECF Nos. 8, 15] |

In light of the amended complaint (ECF No. 17),

I ORDER that the defendants' motions to dismiss **(ECF Nos. 8, 15) are DENIED as moot** because they are directed at an earlier version of the complaint.

DATED this 8th day of January, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE