# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| Vincenzo Casian Tudorani, | Case No. 2:25-cv-02289-APG-DJA |
| Plaintiff, | |
| v. | **Order** |
| American Airlines, Inc., et al., | |
| Defendants. | |

Before the Court is Plaintiff's motion for leave to file documents electronically. (ECF No. 28). Under Local Rule IC 2-1(b), a *pro se* litigant may request the court's authorization to register as a filer in a specific case. Plaintiff appears to have access to a word processing program. Because the Court finds that Plaintiff is capable of filing electronically, it grants the motion. (ECF No. 28).

**IT IS THEREFORE ORDERED** that Plaintiff's motion to file electronically (ECF No. 28) is **granted**.

**IT IS FURTHER ORDERED** that Plaintiff must: (1) obtain a PACER account; (2) be familiar with the Local Rules for the Electronic Filing procedures in the District of Nevada; and (3) complete the e-filing registration for the District of Nevada through Manage PACER Account. Links to these items are available at https://www.nvd.uscourts.gov/e-filing-permission/.

DATED: January 23, 2026

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE